**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| v. | ) CASE NO. 5:23-CR-47 (MTT) |
| | ) |
| **KOROSAKI BENTLEY,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## ORDER

The government has moved to continue this case until the next trial term. Doc. 13. The defendant was indicted on September 12, 2023, and had his arraignment in this Court on September 26, 2023. Docs. 1; 5. No prior continuances have been granted. The government now moves the Court to continue this case to the next trial term to allow additional time for the parties to engage in plea negotiations. Doc. 13 ¶ 4. The defendant does not oppose the motion. *Id.* ¶ 7.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial. Accordingly, the motion (Doc. 13) is **GRANTED**. The case is continued from the November term until the Court's next trial term presently scheduled for **January 8, 2024**. The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 18th day of October, 2023.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT